USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1558 UNITED STATES, Appellee, v. RICHARD JOSEPH PICARDI, A/K/A FAT RITCHIE, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Reginald C. Lindsay, U.S. District Judge] ___________________ ____________________ Before Selya, Circuit Judge, _____________ Cyr, Senior Circuit Judge, ____________________ and Boudin, Circuit Judge. _____________ ____________________ John J. Barter on brief for appellant. ______________ Donald K. Stern, United States Attorney, and James C. Rehnquist, _______________ __________________ Assistant United States Attorney, on brief for appellee. ____________________ December 9, 1997 ____________________ Per Curiam. Upon careful review, we cannot conclude __________ that the district court misunderstood its authority to depart under U.S.S.G. 5H1.4. The district court's comments, fairly read, indicate only that the departure was denied as a matter of discretion. That exercise of discretion is not subject to appellate review. See United States v. LeBlanc, ___ _____________ _______ 24 F.3d 340, 348 (1st Cir. 1994). Further, the adjustments under both U.S.S.G. 3B1.1(b) (managerial role in the offense), and U.S.S.G.  2B1.1(b)(4)(B) (business of receiving and selling stolen property) did not effect an improper double counting. See ___ United States v. Reeves, 83 F.3d 203, 208 (8th Cir. 1996). _____________ ______ Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-